John J. Talton, Chapter 13 Trustee  
Pay to: CLERK  Clerk of the Court  
Check No. 800023  
Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 04-11394 | 001-0 | MARVIN D CASH<br>Original Check written to:<br>CHEVRON<br>P O BOX 5010<br>CONCORD, CA  94524-0010 | xxxxxx4405 | 1,121.03 | 39.23 | 0.00 | 39.23 |
| 04-90816 | 005-0 | HOWARD THOMPSON<br>Original Check written to:<br>CHEVRON<br>P O BOX 5010<br>CONCORD, CA  94524-0010 | xxxxxx8456 | 48.36 | 1,841.78 | 0.00 | 1,841.78 |
| 04-90847 | 023-0 | DANNY LEE COCHRAN<br>Original Check written to:<br>DAIMLER CHRYSLER<br>1011 WARRENVILLE RD<br>SUITE 600<br>LISLE, IL  60532 | xxxxxxxxxx-000 | 40,760.43 | 2,008.86 | 0.00 | 2,008.86 |
| 05-11563 | 003-0 | PRESTON M DIMICK<br>Original Check written to:<br>CHEVRON<br>P O BOX 2001<br>CONCORD, CA  94529-0001 | xxxxxx4467 | 991.71 | 153.53 | 0.00 | 153.53 |